■ JOSEPH J. SOBUS, Appellant, v JEFFREY A. LAWRENCE et al., Respondents. [672 NYS2d 1022] —Order unanimously affirmed with costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court (Henry, Jr., J.). We add only that, contrary to plaintiff's argument, "defendants may establish

entitlement to summary judgment by submitting plaintiff's deposition testimony and the medical reports and records of plaintiff that were supplied by plaintiff's counsel" (*Nigro v Penree,* 238 AD2d 908). (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Summary Judgment.) Present—Denman, P. J., Green, Pigott, Jr., Balio and Boehm, JJ.